■ In the Matter of DOMINIC S. TELESCO, Appellant, v. JAMES R. LAWLEY et al., Constituting the Board of Elections of the County of Erie, and JAY W. HECKMAN, Respondents.— Appeal unanimously dismissed, without costs. Memorandum: While this court attempts to expedite appeals in proceedings relating to primary or election matters there continues to be minimal requirements beyond which we may not go. The record presented upon argument of the appeal was not stipulated by the respective attorneys, certified by any attorney or settled by Special Term. The oral arguments centered upon the adequacy or sufficiency of the record. The stipulation submitted after oral argument by some of the parties to the appeal, but not all, is hopelessly inadequate to pass upon the issues. (Appeal from order of Erie Special Term adjudging the designating petition of Heckman valid and dismissing petition in proceeding.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.

■ In the Matter of VICTOR E. MANZ et al., Respondents, v. JAMES R. LAWLEY et al., Respondents, and SAMUEL GOLDMAN, Appellant.— Order unanimously reversed, without costs of this appeal to any party, and petition dismissed. Memorandum: The appellant was an indispensable party to the proceeding (*Matter of Maniscalco* v. *Power*, 4 A D 2d 479, affd. 3 N Y 2d 918). He was not served in the time required by subdivision 1 of section 330 of the Election Law. The service by mail although permitted by the order to show cause could not extend the time for commencing the proceeding and was therefore ineffectual. (*Matter of King* v. *Cohen*, 293 N. Y. 435.) Thus the court was without jurisdiction in the proceeding. (*Matter of Ullman* v. *Power*, 17 A D 2d 792, affd. 12 N Y 2d 724.) (Appeal from order of Erie Special Term adjudging the nominating petition valid, etc.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.